**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: John J. Massaro<br>              <u>Debtor</u> | CHAPTER 13<br><br>BKY. NO. 16-13560 JKF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Nationstar Mortgage LLC as Servicer for, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CSMC MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-3, and index same on the master mailing list.

Re: Loan # Ending In: 4014

                                                                Respectfully submitted,

                                                                **/s/Joshua I. Goldman, Esquire**
                                                                 Joshua I. Goldman, Esquire
                                                                 Thomas Puleo, Esquire
                                                                 KML Law Group, P.C.
                                                                 701 Market Street, Suite 5000
                                                                 Philadelphia, PA 19106-1532
                                                                (215) 825-6306  FAX (215) 825-6406