# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                Chapter 13

                                Bankruptcy No. 16-13560-JKF

      JOHN J MASSARO

      20 Nancy Lane

      Phoenixville, PA 19460

             Debtor

## CERTIFICATE OF SERVICE

     **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

   Debtor(s), at the address listed, by first class mail.

     JOHN J MASSARO

     20 Nancy Lane

     Phoenixville, PA 19460

Counsel for debtor(s), by electronic notice only.

     JOSEPH F CLAFFY
     26 SOUTH CHURCH ST
     SUITE 1 SOUTH
     WEST CHESTER, PA 19382

                   /S/ William C. Miller

Date: 8/11/2016
                   _____

                   William C. Miller, Esquire
                   Chapter 13 Standing Trustee