IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| | : |
| JOHN J. MASSARO, | : CASE NO. 16-13560-JKF |
| | : |
| DEBTOR | : |
| | : |
| PENNSYLVANIA DEPARTMENT OF REVENUE, | : HEARING DATE AND TIME : September 15, 2016 @ 9:30 a.m. |
| | : |
| MOVANT | : |
| | : |
| V. | : |
| | : |
| JOHN J. MASSARO, | : |
| | : |
| RESPONDENT | : RELATED TO DOCKET NO. 23 |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA DEPARTMENT OF
REVENUE'S OBJECTION TO DEBTOR'S PROPOSED CHAPTER 13 PLAN

I, Jonathan W. Chatham, certify under penalty of perjury that I served the above captioned pleading Objection to Debtors' Proposed Chapter 13 Plan, on the parties at the below addresses, on September 2, 2016 by:

**16-13560-JKF Notice will be electronically mailed to:**

Jonathan Wilkes Chatham at RA-occbankruptcy7@pa.gov

Joseph F. Claffy at claffylaw@gmail.com, claffylaw@aol.com

Kevin S. Frankel at pa-bk@logs.com

Joshua Isaac Golden at bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

William C. Miller at ecfemails@ph13trustee.com, philaecf@gmail.com

Office of the United States Trustee at ustpregion03.ph.ecf@usdoj.gov

**16-13560-JKF Notice will not be electronically mailed to:**

EXECUTED ON:  September 6, 2016

                          Respectfully submitted by,

                   By:   /s/ Jonathan W. Chatham
                         Counsel
                         Office of Chief Counsel
                         PA Department of Revenue
                         Office of Chief Counsel
                         PO Box 281061
                         Harrisburg, PA 17128-1061
                         Attorney I.D. 209683
                         (717) 346-4640
                         Facsimile (717) 772-1459
                         jchatham@pa.gov