United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                              Case No. 16-13560-jkf
John J Massaro                                                                      Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JeanetteG          Page 1 of 1          Date Rcvd: Oct 12, 2016
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2016.
            +KML Law Group, P.C.,    BNY Mellon Independence Cen,   Suite 5000 -,   901 Market Street,
              Philadelphia, PA 19107-3112

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2016                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 12, 2016 at the address(es) listed below:
            JONATHAN WILKES CHATHAM    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy7@pa.gov
            JOSEPH F. CLAFFY    on behalf of Debtor John J Massaro claffylaw@gmail.com,  claffylaw@aol.com
            JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
             CSMC MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-3, bkgroup@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC pa-bk@logs.com
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
            WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com

                                                                                          TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: John J. Massaro | |
| Debtor | CHAPTER 13 |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CSMC MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-3, | |
| Movant | NO. 16-13560 JKF |
| vs. | |
| John J. Massaro | |
| Debtor | |
| | 11 U.S.C. Sections 362 |
| William C. Miller | |
| Trustee | |

**ORDER**

AND NOW, this 12th day of October, 2016 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 20 Nancy Ln, Phoenixville, Pa 19460 ("Property"), as to Movant, its successors or assignees.

_____
United States Bankruptcy Judge.

John J. Massaro
20 Nancy Lane
Pheonixville, PA 19460

Joeseph F. Claffy
Joseph F. Claffy & Associates, P.C.
26 South Church Street, Sutie 1 South
West Chester, PA 19382

William C. Miller
Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia , PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532